UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY KELLY YAWN (01),<br>a/k/a "Whiteboy Kelly,"<br><br>███████████████ ,<br><br>███████████████ and<br><br>███████████████<br><br>Defendants<br>_____/ | 21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii),<br>and (b)(1)(B)(ii)<br>18 U.S.C. § 2<br><br><br><br>**4:26-mj-169** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii)]

Beginning at least as early as on or about October 13, 2024, and continuing through on or about October 13, 2025, in the Western District of Louisiana, and elsewhere, the defendants,

**TIMOTHY KELLY YAWN, a/k/a "Whiteboy Kelly,"**

███████████████ ,
███████████████ , and
███████████████ ,

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and five hundred (500) grams or more of a

11

mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, and salts of isomers, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
**Distributing a Controlled Substance**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2]

On or about September 5, 2025, in the Western District of Louisiana, the defendants,

 **and**

did knowingly and intentionally distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and five hundred (500) grams or more of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 3
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(ii))]

Beginning at least as early as on or about October 13, 2024, and continuing through on or about October 13, 2025, in the Western District of Louisiana, and elsewhere, the defendants,

**TIMOTHY KELLY YAWN, a/k/a "Whiteboy Kelly,"**


12

███████████,

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, it is further alleged that before the defendant, , committed this offense, he had been convicted of a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

### COUNT 4
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) and 18 U.S.C. § 2]

On or about October 13, 2025, in the Western District of Louisiana, the defendants,

███████████████ **and**

███████████,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, it is further alleged that before the defendant, ▓▓▓▓▓▓▓▓▓▓, committed this offense, he had been convicted of a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

## FORFEITURE NOTICE

**A.**     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendants, **TIMOTHY KELLY YAWN**, **a/k/a "Whiteboy Kelly,"** ▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓, and ▓▓▓▓▓▓ have an interest.

**B.**     Upon conviction of a violation of Title 21, United States Code, Sections 846 and 841, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

**C.**     If, as a result of any act or omission of the defendants, any of the property described in or subject to this Forfeiture Notice (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a

third party; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, then the United States of America shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
LAUREN SARVER
ASSISTANT UNITED STATES ATTORNEY